S.W.2d 396; Gammill v. State, 135 Tex. Cr.R. 52, 117 S.W.2d 790; Mullins v. State, 140 Tex.Cr.R. 261, 144 S.W.2d 565; Square v. State, 142 Tex.Cr.R. 493, 154 S.W.2d 852; Harrison v. State, Tex.Cr. App., 168 S.W.2d 243, not yet reported [in State reports].

Appellant's exceptions to the charge are well taken.

The judgment is reversed and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

### GRIBBLE et al. v. STATE.
### No. 22403.

Court of Criminal Appeals of Texas.

Feb. 24, 1943.

E. Newt Spivey, of Texarkana, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for robbery by assault. The punishment assessed is confinement in the state penitentiary for a period of five years.

The record is before this court without a statement of facts or bills of exception, in the absence of which no question has been presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

### BURKS v. STATE.
### No. 22402.

Court of Criminal Appeals of Texas.

Feb. 24, 1943.

Steel & Edwards, of Texarkana, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Receiving and concealing stolen property is the offense; the punishment, two years in the state penitentiary.

The record is before us without statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.